**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Forrest I. Williams | : | |
| Debtor(s) | : | Bankruptcy No. 17-16274 |

NOTICE

To the debtor:

NOTICE is hereby given that:

1. On September 29, 2017, a Miscellaneous Order was entered directing the Clerk of Court to reassign consideration of the matter to another bankruptcy judge of this district

2. In accordance with this court's random assignment procedure, all issues relating to the debtor, in this matter, have been reassigned to the Honorable Magdeline D. Coleman.

Dated: 10/2/2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK