# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Forrest I. Williams | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-16274-jkf |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/14/17, this case is hereby DISMISSED.

**Date: September 29, 2017**

Dated:

                Judge Jean K. FitzSimon
                United States Bankruptcy Judge

Missing Documents:
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs